UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAUGHN ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>R. COOK,<br><br>    Defendant. | No. 2:19-cv-2347 AC P<br><br>ORDER REFERRING CASE TO POST-SCREENING ADR PROJECT AND STAYING CASE FOR 120 DAYS |

    Plaintiff is a state prisoner, proceeding without counsel. Sole defendant R. Cook has waived service of process.

    The undersigned is referring all post-screening civil rights cases filed by pro se state inmates to the Post-Screening ADR (Alternative Dispute Resolution) Project in an effort to resolve such cases more expeditiously and less expensively. No defenses or objections shall be waived by participation.

    As set forth in the screening order, plaintiff has stated a potentially cognizable civil rights claim. Accordingly, the court stays this action for a period of 120 days to allow the parties to investigate plaintiff's claims, meet and confer, and then participate in a settlement conference.

////

////

////

1

1 | There is a presumption that all post-screening prisoner civil rights cases assigned to the
2 | undersigned will proceed to settlement conference.[1]  However, if after investigating plaintiff's
3 | claims and speaking with plaintiff, and after conferring with defense counsel's supervisor,
4 | defense counsel in good faith finds that a settlement conference would be a waste of resources,
5 | defense counsel may move to opt out of this pilot project.  **A motion to opt out must be filed**
6 | **within sixty (60) days of the date of this order.**
7 | **By filing the attached notice within thirty (30) days, plaintiff shall indicate his**
8 | **preference to appear in person or by videoconference, if available.  Failure to timely file**
9 | **such notice will result in the issuance of a writ for plaintiff's appearance in person.  Once**
10 | **plaintiff has returned the notice or the time for doing so has passed, the court will proceed**
11 | **to schedule the settlement conference.**
12 | Once the settlement conference is scheduled, at least seven (7) days prior to the
13 | conference, each party shall submit to the settlement judge a confidential settlement conference
14 | statement.  The parties' confidential settlement conference statements shall include the following:
15 | (a) names and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a
16 | short procedural history; (d) an analysis of the risk of liability, including a discussion of the
17 | efforts made to investigate the allegations; and (e) a discussion of the efforts that have been made
18 | to settle the case.  Defendant shall e-mail the settlement conference statement to the settlement
19 | judge's e-mail box for proposed orders, available on the court's website.  Plaintiff shall place his
20 | settlement conference statement in the U.S. mail addressed to the settlement conference judge,
21 | United States District Court, 501 I Street, Sacramento, CA  95814.  Plaintiff shall mail his
22 | settlement conference statement so that it is received by the court at least seven (7) days before
23 | the settlement conference.
24 | In accordance with the above, IT IS HEREBY ORDERED that:
25 | 1.  This action is stayed for 120 days to allow the parties an opportunity to settle their
26 | dispute before the discovery process begins.  Except as provided herein or by subsequent court

---

[1] If the case does not settle, the court will set a date for the filing of a responsive pleading.

order, no other pleadings or other documents may be filed in this case during the stay of this action. The parties shall not engage in formal discovery, but the parties may elect to engage in informal discovery.

2. Within thirty (30) days from the date of this order, plaintiff shall file the attached notice informing the court how he wishes to appear at the settlement conference. If plaintiff does not file the notice, the court will issue a writ for plaintiff to appear in person.

3. Defendants shall file any motion to opt out of the Post-Screening ADR Project no more than sixty (60) days from the date of this order.

4. At least seven (7) days prior to the settlement conference, each party shall submit a confidential settlement conference statement, as described above, to the settlement judge. Defendant shall e-mail the settlement conference statement to the settlement judge's proposed orders e-mail address. Plaintiff shall place his settlement conference statement in the U.S. mail addressed to the settlement judge, United States District Court, 501 I Street, Sacramento, CA 95814. Plaintiff shall mail his settlement conference statement so that it is received by the court at least seven (7) days before the settlement conference.

5. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

6. The parties remain obligated to keep the court informed of their current addresses at all times during the stay and while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." See L.R. 182(f).

DATED: January 30, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| JAVAUGHN ROBINSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. COOK,<br><br>　　　　Defendant. | No. 2:19-cv-2347 AC P<br><br><u>NOTICE RE: PLAINTIFF'S APPEARANCE AT SETTLEMENT CONFERENCE (POST-SCREENING ADR PROJECT)</u> |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

As required by court order, the plaintiff notifies the court of the following election:

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference in person.

**OR**

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference by video conference, if available.

_____　　_____
Date　　　　　　　　　　　　　　　　　　　　　Plaintiff

1