# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JAVAUGHN ROBINSON,            No. 2:19-cv-2347 AC P

    Plaintiff,

  v.

R. COOK, et al.,

                                         **ORDER & WRIT OF HABEAS CORPUS**
    Defendant.                   **AD TESTIFICANDUM**

Javaughn Robinson, CDCR # BD-1411, a necessary and material witness in a settlement conference in this case on April 1, 2020, is confined in RJ Donovan Correctional Facility (RJD), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, to appear by telephonic-conferencing from his place of confinement, to the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Wednesday, April 1, 2020, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at RJ Donovan Correctional Facility, (619) 671-7566.

4. On April 1, 2020, no later than 9:00 a.m., the assigned prison official shall call 1-888-363-4734 and when prompted, use the access code 1245690 plus #, and security code 4223 plus #.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, RJD, 480 Alta Road, San Diego, California 92179:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 17, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE