UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAUGHN ROBINSON, | No. 2:19-cv-2347 AC P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| R. COOK, | |
| Defendant. | |

On April 1, 2020, the parties reached a settlement in this case and informed the court that dispositional documents would be filed within 30 days. ECF No. 35. More than 30 days have passed but no dispositional documents have been filed. Defense counsel will be directed to submit a stipulation of dismissal or show cause why such stipulation cannot be submitted at this time.

Accordingly, IT IS HEREBY ORDERED that, within twenty-one (21) days after the filing date of this order, defense counsel shall: (1) submit a stipulation of dismissal of this case pursuant to Rule 41(a)(1)(ii), OR (2) show cause why such stipulation cannot be submitted at this time.

DATED: May 7, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE